**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIFFANY COUCH, et al.,

        Plaintiff(s),

  vs.

CITY OF OAKLAND, et al.,

        Defendant(s).

No. C 05-0311 MEJ

ORDER CLOSING FILE

On October 25, 2006, the parties filed a joint stipulation of dismissal.  Accordingly, the Clerk of Court shall close the file.

     IT IS SO ORDERED.

Dated: December 14, 2007

MARIA-ELENA JAMES
United States Magistrate Judge